IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BENJAMIN MURPHY, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs,*<br><br>VS.<br><br>TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>   *Defendant.* | CIVIL ACTION NO. 9:23-CV-00145<br>JUDGE MICHAEL J. TRUNCALE |

## ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff's Notice of Voluntary Dismissal [Dkt. 36] filed in the above-styled matter. Plaintiff voluntarily dismisses with prejudice his claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court acknowledges that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed are **DENIED AS MOOT**.

**SIGNED this 9th day of January, 2025.**

*[signature]*
Michael J. Truncale
United States District Judge